RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha_Matthews@fd.org

*Attorney for Petitioner Aaron Flores Herrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Aaron Flores Herrera,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02788-RFB-BNW

**Stipulation to Continue Deadline to File Amended Petition**[1]

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Martin Mayer, Special Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Aaron Flores Herrera, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition (currently due September 25, 2026) would be extended to October 9, 2026, the Government's Response to Amended Petition to be filed seven (7) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

The Stipulation is entered into for the following reasons:

[1] The stipulation is untimely filed.

1. Counsel for petitioner requires additional time to familiarize herself with the case, conduct investigation, and prepare the amended petition.

2. The petitioner is detained and does not object to the continuance.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 28th day of September, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Martin Mayer*<br>MARTIN MAYER<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Aaron Flores Herrera,<br>Petitioner,<br>v.<br>Todd Blanche, *et al.*,<br>Respondents. | Case No. 2:26-cv-02788-RFB-BNW<br>**Order** |

**IT IS THEREFORE ORDERED** that the Amended currently due September 25, 2026 would be extended to **October 9 , 2026**, the Government's Response to Amended Petition to be filed seven (7) days after the amended petition is filed, and Petitioner's Reply to be filed seven (7) days after response to amended petition.

**DATED:** September 29, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**